# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943  
Fax (414) 271-9344  
info@chapter13milwaukee.com

740 N. Plankinton Avenue  
Suite 400  
Milwaukee, Wisconsin 53203

RECEIVED-MAIL 2009 AUG 24 AM 11:29 US BANKRUPTCY COURT EASTERN DISTRICT OF WI

August 21, 2009

Clerk of US Bankruptcy Court  
126 U S Courthouse  
517 E. Wisconsin Ave.  
Milwaukee, WI 53202

RE: DBTR: KANYA C. BRIMLEY  
CASE NO: 04-32439-MDM

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056926 which replaces check # 1055264 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE




cc: file

**Mary B. Grossman
Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

July 30, 2009

SunTrust Bank

64-79
611

No. 1055264

PAY** One Hundred Eighteen Dollars and 48 Cents************************************
TO THE ORDER OF

AMOUNT **************$118.48 ***

00063460
NCO FINANCIAL SYSTEMS
P.O. BOX 41567
PHILADELPHIA, PA  19101

VOID AFTER October 28, 2009
Positive Pay Account

⑈1055264⑈ ⑆061100790⑆ 0000005751771⑈

Mary B. Grossman, Chapter 13 Trustee          Check No. 1055264
Pay to: 00063460  NCO FINANCIAL SYSTEMS
   Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 04-32439-MDM | 041-0 | KANYA C. BRIMLEY | 4040971704053-116751 | 231.24 | 61.02 | 0.00 | 61.02 |
| 06-23573-PP | 020-0 | CAROL J. MCPHERSON | 3523126687901-EEW175 | 1.75 | 57.46 | 0.00 | 57.46 |


VOID
UCF

Mary B. Grossman, Chapter 13 Trustee  Check No. 1056926
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
  Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 04-32439-MDM | 041-0 | KANYA C. BRIMLEY | 4040971704053-116751 | 231.24 | 61.02 | 0.00 | 61.02 |